**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIA ARACELY GARCIA GARCIA, et al.,<br>Plaintiffs,<br>v.<br>HOME DEPOT USA, INC., et al.,<br>Defendants. | No. 2:26-cv-1940-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for an initial status/scheduling conference before the undersigned on December 9, 2026, at 10:00 a.m., via Zoom. On or before December 2, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE